UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| L.S., a minor, by and through her Guardian ad Litem, HERBERT SMITH, et al., <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br> COUNTY OF SANTA CRUZ, et al., <br><br>　　　　　　Defendants. | Case No.  5:15-cv-03032-EJD <br><br> **ORDER CONTINUING STATUS CONFERENCE** |

Having reviewed the parties' statements filed on July 13th and July 14, 2016 (Dkt. Nos. 61, 62, 64, 65), the court concurs with the parties' assessment that a status conference is unnecessary at this time.

Accordingly, the Status Conference scheduled for July 21, 2016, is CONTINUED to **10:00 a.m. on October 6, 2016.** The parties shall file one, joint Status Conference Statement on or before **September 29, 2016.**

The motions to appear telephonically (Dkt. Nos. 63, 66, 67) are TERMINATED as moot.

**IT IS SO ORDERED.**

Dated: July 14, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
Case No.: 5:15-cv-03032-EJD
ORDER CONTINUING STATUS CONFERENCE